**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 433 MAL 2021

           Respondent                 :

                                     :   Petition for Allowance of Appeal

            v.                       :   from the Order of the Superior Court

JUSTIN MEREDITH CORLISS,          :

           Petitioner                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.